UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a/s/o Commerce-Halsey LLC,<br><br>                    Plaintiff,<br><br>                  -v.-<br><br>AQUA PLUMBING & HEATING CORP., et al.,<br><br>                  Defendants. | 22 Civ. 10303 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      For the reasons stated on the record at the August 24, 2023 conference, Aqua Plumbing & Heating Corp.'s motion to dismiss Counts One and Two of the Complaint is granted.

      Travelers Property Casualty Company of America is granted leave to replead the dismissed claims. Any amended complaint shall be filed by September 25, 2023.

      The Clerk of Court is directed to terminate ECF No. 25.

      SO ORDERED.

Dated: August 24, 2023
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge