

14 Wall Street Suite 3D
New York, NY 10005
(212) 968-1001

2490 Black Rock Turnpike #270
Fairfield, CT 06825
(203) 496-5755

FAX. NO.: (212) 968-1008
(NOT FOR LEGAL SERVICE)

Sedereas@Gwertzmanlaw.com
(212) 968-1001

February 27, 2025

> Defendant's motion to dismiss the amended complaint, ECF No. 66, is hereby terminated without prejudice to restoration in the event that the parties' mediation does not result in a settlement. By **April 28, 2025**, the parties shall submit a joint letter updating the Court on the status of the case, including the outcome of mediation.
>
> The Clerk of Court is directed to terminate ECF No. 66.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: February 28, 2025

**Via PACER**

Hon. Jennifer H. Rearden, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, #12B
New York, New York 10007-1312

Re:   **Travelers Property Casualty Company of America et al v. Aqua Plumbing et al**
Docket no: 1:22-cv-10303-JHR
Gwertzman File No. X42-20379Y

Dear Justice Rearden,

We submit this letter jointly with Defendant Aqua Plumbing's counsel. Please note that the Defendant has filed a motion to dismiss the amended complaint, and we have filed an opposition. The parties agreed to private mediation following the Court conference of February 12, 2025. The mediation is scheduled for April 24, 2025, with Kenneth Grundstein of NAM. The parties jointly request that the Court hold the motion in abeyance until the completion of the April 24, 2025, mediation.

Please let us know if the Court will accommodate this request.

Thank you for your time and consideration.

Very truly yours,

Christian Sedereas

*Eva Galchenko*
Eva Galchenko