UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELER'S PROPERTY CASUALTY
COMPANY OF AMERICA.,

                        Plaintiff,                    22 Civ. 10303 (JHR)

            -v.-                                      ORDER

AQUA PLUMBING & HEATING CORP.,

                        Defendant.

JENNIFER H. REARDEN, District Judge:

        For the reasons stated on the record during the March 27, 2026 conference, Defendant's

Motion to Dismiss Plaintiff's First Amended Complaint is denied.

        The Clerk of Court is directed to terminate ECF No. 77.

        SO ORDERED.

Dated:  March 27, 2026
        New York, New York

                                            _____
                                            JENNIFER H. REARDEN
                                            United States District Judge